# Exhibit 1



# Exhibit 2

 **Ryan Isenberg** ryan@ihlaw.us via higbee.law     Mar 13, 2023, 7:38 PM 
to Ryan, Mathew

Can you please let me know if Mr. Miller will be appearing for the deposition, if it needs to be rescheduled, or if you are planning on filing for some relief?

Ryan L. Isenberg
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, GA 30328
770-351-4400

(This email has been sent from my mobile phone).

**From:** Ryan Isenberg
**Sent:** Thursday, March 9, 2023 1:23:01 PM
**To:** Ryan Carreon <rcarreon@higbeeassociates.com>
**Cc:** mhigbee@higbeeassociates.com <mhigbee@higbeeassociates.com>
**Subject:** RE: Miller v. 4Internet

…

…

[Message clipped]  View entire message

 **Mathew Higbee** <mhigbee@higbee.law>     Mar 13, 2023, 7:41 PM  
to Ryan, Ryan

Hi Ryan.   Thank you for asking.   Yes, we need to reschedule.   The notice was a little short.     The last I heard, he was planning on appearing.

I have a call scheduled with him tomorrow.   I will get some dates from him and get them to you.

-Mat

Get Outlook for iOS

# Exhibit 3

 **Mathew Higbee**
to Ryan

Mar 27, 2023, 10:46 PM  

Hi Ryan-

I apologize for the slow response.   Mr. Miller would prefer the 21st.

Thank you.

-Mat

-Mat
Mathew Higbee

**Law Firm of Higbee & Associates**
1504 Brookhollow
Suite 112
Santa Ana, CA 92705
HigbeeAssociates.com

Direct Line:  714-617-8352